UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE JACKSON CAREY, | : |
| | : CIVIL ACTION NO. 3:20-CV-363 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Saporito) |
| v. | : |
| | : |
| MONROE COUNTY COURT ORDER No. 2017-CV-8322, et al., | : |
| | : |
| Defendants, | : |

ORDER

AND NOW, THIS 10th DAY OF AUGUST 2020, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1);

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge